Petition for Writ of Mandamus Denied and Memorandum Opinion filed
February 19, 2008








 

Petition
for Writ of Mandamus Denied and Memorandum Opinion filed February 19, 2008.

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-07-01035-CV

____________

 

IN RE STEPHEN M. YAMIN, SR., Relators

 

 



 

ORIGINAL
PROCEEDING

WRIT OF MANDAMUS

 



 

M E M O R
A N D U M   O P I N I O N

On
December 10, 2007, relator, Stephen M. Yamin, Sr., filed a
petition for writ of mandamus in this court.  See Tex. Gov=t Code Ann. ' 22.221 (Vernon 2004); see also
Tex. R. App. P. 52.  In the petition, relator asks this court to compel the
Honorable Mary Nell Crapitto, presiding judge of County Court at Law No. One,
Galveston County, to set aside her discovery orders of October 24, 2006, and
January 5, 2007. 








In order
to obtain mandamus relief, the relator must show that the trial court clearly
abused its discretion and the relator has no adequate remedy by appeal.  In
re Sw. Bell Tele. Co., L.P., 226 S.W.3d 400, 403 (Tex. 2007) (orig.
proceeding).  Relator complains that respondent abused her discretion by
awarding discovery sanctions for failing to produce discovery.  Relator,
however, has an adequate remedy by appeal.  See Braden v. Downey, 811
S.W.2d 922, 928 (Tex. 1991) (adequate remedy by appeal exists for monetary
discovery santions); In re Lavernia Nursing Facility, 12 S.W.3d 566, 571
(Tex. App.CSan Antonio 1999, orig. proceeding [mand. denied]) (monetary sanctions
are not remediable by mandamus).  

Relator
further asserts that respondent abused her discretion by refusing to grant a
jury trial after he had timely requested a jury and paid the jury fee.  Relator
filed his petition in this court two days before the date the underlying case
was set for trial.  The record does not show that relator presented his jury
request to respondent or that respondent denied his request.  See Walker v.
Packer, 827 S.W.2d 833, 837 (Tex. 1992) (orig. proceeding) (relator has the
burden of providing the appellate court with sufficient record to establish his
right to mandamus relief).

Relator
has not established his entitlement to the extraordinary relief of a writ of
mandamus.  Accordingly, we deny relator=s petition for writ of mandamus.  We
further lift our stay entered on December 11, 2007. 

 

PER CURIAM

 

Petition Denied and Memorandum
Opinion filed February 19, 2008.

Panel consists of Justices Fowler,
Frost, and Seymore.